UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH DUNBAR, #129278, )<br>              Plaintiff, )<br>)<br>-v- )<br>)<br>BRADLEY ROZEN, *et al.*, )<br>              Defendants. )<br>) | No. 1:18-cv-617<br><br>Honorable Paul L. Maloney |

## JUDGMENT

This Court resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: October 23, 2019                              /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           United States District Judge